# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JO Y. RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12-CV-00543 CDP |
| ) | |
| DAMON BERTI, ) | |
| SHERIFF GARY TOELKE, ) | |
| FRANKLIN COUNTY, MISSOURI ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

COMES NOW Plaintiff, Jo Richardson, by and through undersigned counsel and submits her proposed jury instructions, attached and incorporated as if fully stated herein.

FRANK, JUENGEL & RADEFELD
ATTORNEYS AT LAW, P.C.

By: /s/ Matthew A. Radefeld
MATTHEW A. RADEFELD (#52288)
*Attorney for Plaintiff Richardson*
7710 Carondelet Ave., Suite 350
Clayton, Missouri 63105
(314) 725-7777

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on ***May 27, 2014*** the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mark Zoole and William Hellmich:

By: /s/ Matthew A. Radefeld
MATTHEW A. RADEFELD