INSTRUCTION NO. _____

Acts are done under color of law when a person acts or purports to act in the performance of official duties under any state, county or municipal law, ordinance or regulation. .

Eighth Circuit Model Civil Jury Instructions 4.20
Definition: Color of State Law (42 U.S.C. § 1983)
Submitted by Plaintiff